## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FREDRICK W. CHASEZ, JR.** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:07CV929 LG-JMR** |
| | § | |
| **POWELL, ET AL.** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss [41, 62] filed by Holmes Sturgeon III, the Court, after a full review and consideration of the Defendant's Motion, Plaintiff's Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Dismiss [41, 62] of Defendant A. Holmes Sturgeon, III is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's case is **DISMISSED WITH PREJUDICE** pursuant to FED. R. CIV. P. 12(b)(1).

**SO ORDERED AND ADJUDGED** this the 28th day of February, 2008.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE